# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. BURRIOLA,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | 3:07-CV-102 JCM (VPC)<br><br>Date:   N/A<br>Time:   N/A |

### ORDER

Presently before the court is the report and recommendation of United States Magistrate Judge Cooke (Doc. # 43). Plaintiff had up to and including January 15, 2008, to file objections. To date, objections have not been filed.

Magistrate Judge Cooke found that plaintiff had failed to demonstrate a likelihood of success on the merits of any of his claims and, therefore, recommended that the court deny plaintiff's motion for a temporary restraining order and/or preliminary injunction (Doc. # 22).

Upon review of the magistrate judge's report and recommendation (Doc. # 43) and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Cooke's report and recommendation (Doc. # 43) be, and the same hereby is, AFFIRMED in its entirety.

DATED this 22nd day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**