# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY BURRIOLA, | ) | 3:07-CV-0102-JCM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 28, 2008 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>            REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING</u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Non-party Alicia L. Lerud's motion to quash subpoenas (#65) is **GRANTED**.  The subpoenas were not properly served, and the documents sought by plaintiff are subject to the attorney-client privilege.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
          Deputy Clerk