# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY BURRIOLA, | ) | 3:07-CV-0102-JCM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 28, 2008 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a motion for clarification (#66) of the court's screening order. Plaintiff's amended complaint lists thirty-nine claims for relief based upon eight distinct sets of facts (#11). In the screening order (#25), the court identified thirteen claims for relief plaintiff could proceed on. Additionally, plaintiff has agreed to dismiss certain other claims.

Defendants' motion for clarification (#66) is **GRANTED** as follows:

1. Plaintiff and defendants' counsel shall meet and confer concerning the status of each and every claim for relief; and
2. On or before **August 15, 2008**, plaintiff and defendants shall file a joint (or separate) statements which outline the following:
    a. Each and every claim for relief shall be listed separately;
    b. Plaintiff and defendants' separate or joint statement of understanding of the status of each claim shall be listed under each claim; and
    c. To the extent plaintiff and defendants stipulate to dismiss any claims they shall file a stipulation of dismissal of those claim on or before **August 15, 2008**.

The date for the filing of dispositive motions is stayed until further order of the court.

**IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                    By:_____/s/_____
                                Deputy Clerk